IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| DEON DAVIS, )<br>)<br>     Plaintiff, )<br>)<br>     -vs- )<br>)<br>LT. DANNY BEDINGER, SGT. PHIFLER, )<br>JEFFREY MITCHELL, OFFICER DAVIS, )<br>MICHAEL RANDLE, SGT ROGER PELKER, )<br>and OFFICER RYAN DAVIS, )<br>)<br>     Defendants. ) | NO. 10-1007-SCW |

## JUDGMENT IN A CIVIL CASE

Defendant **MICHAEL RANDLE** was dismissed by an Order entered by Judge Michael J. Reagan on August 2, 2011 (Doc. 11).

Defendants **SGT. PHIFLER** and **OFFICER DAVIS** were dismissed by the filing of the Amended Complaint on December 7, 2011 (Doc. 26).

The remaining Defendants came before this Court for jury trial. The issues have been tried and the jury has rendered a verdict in favor of Defendants and against Plaintiff.

**THEREFORE, IT IS ORDERED AND ADJUDGED** that judgment is entered in favor of Defendants **LT. DANNY BEDINGER, SGT. PHIFLER, JEFFREY MITCHELL, OFFICER DAVIS, MICHAEL RANDLE, SGT. ROGER PELKER** and **OFFICER RYAN DAVIS** and against Plaintiff **DEON DAVIS**.

Plaintiff shall take nothing from this action.

**DATED**: November 5, 2013

                                              NANCY J. ROSENSTENGEL, CLERK

                                              BY: S/Angela Vehlewald
                                                     Deputy Clerk

**Approved by**     s//Stephen C. Williams

**United States Magistrate Judge**
**Stephen C. Williams**